UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DORTONA,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

25-CV-5834 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's filing in this case remains due as scheduled.

DATED: October 3, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge