UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DORTONA,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

25-CV-5834 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's application at ECF 13 is granted. Plaintiff's deadline to file a motion for judgment on the pleadings is **December 1, 2025**. Defendant's deadline to file a response/ cross-motion is **January 15, 2026**. Plaintiff's deadline to file a reply, if any, is **January 29, 2026**.

    The Clerk of Court is respectfully requested to grant ECF 13.

DATED:  October 8, 2025
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge