UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Dortona,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

25CV05834 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The oral argument scheduled for Tuesday, August 25, 2026 will now be held at 3:00 PM in Courtroom 9B at 500 Pearl Street, New York, NY. The parties will each have 30 minutes for their arguments.

DATED: August 10, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge