**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

MARIA D.,

Plaintiff,

-against-

FRANK J. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

--------------------------------------------------------------------X

25 **CIVIL** 5834 (RFT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 26, 2026, Plaintiff's motion for judgment on the pleadings is GRANTED; the case is REMANDED for further proceedings; accordingly, this case is closed.

**Dated:** New York, New York

August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**